■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK SALEMAN, Appellant. [849 NYS2d 828]—Appeal from a

judgment of the Erie County Court (Timothy J. Drury, J.), rendered August 2, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Lunn, Peradotto, Green and Pine, JJ.